963 A.2d 904

Barry HIGHTOWER and Florence Hightower, Respondents

v.

WARRINGTON TOWNSHIP, a/k/a Warrington Township Municipal Authority, Petitioner.

Supreme Court of Pennsylvania.

Dec. 23, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of December 2008, the Petition for Allowance of Appeal is **GRANTED,** the decision of the Commonwealth Court is **VACATED,** *see Reid v. City of Philadelphia,* 957 A.2d 232 (Pa.2008), and the matter is **RE-MANDED** for the Commonwealth Court to address applicability of the sidewalk exception to the Political Subdivision and Tort Claims Act, 42 Pa.C.S. § 8542(b)(7).